**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No: 26-cr-00130-WJM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MICHAEL POPMA,

     Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 4th day of June, 2026.

                    EDWARD P. SULLIVAN
                    Acting Chief, Public Integrity Section
                    U.S. Department of Justice

                    By: */s/ Alexandre Dempsey*
                    Alexandre M. Dempsey
                    Trial Attorney, Public Integrity Section
                    1301 New York Ave., N.W., 10th Floor
                    Washington, D.C. 20530
                    Tel: (202) 514-1412
                    Email: Alexandre.Dempsey@usdoj.gov
                    Attorney for the United States