IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

———————————————

***United States of America***
***v.***
***Michael Popma***

———————————————

Case No. 26-cr-00130-WJM

———————————————

**Exhibit A**

Letter of Support - Meg Ellis

Dear Judge Neureiter,

My name is Meg Ellis. I am 41 years old, and I respectfully submit this letter in support of Michael Popma's release while this case proceeds.

This letter is not easy for me to write—not because I do not support Michael, but because I have always been a very private person. I do not typically share the details of my personal life, and I have spent much of my life focused on caring for others rather than talking about myself. However, I understand the importance of helping the Court understand who I am and why I am writing on Michael's behalf.

I have spent much of my life caring for others. Growing up, my father was largely absent, and my mother suffered from a progressive brain disease. As a result, I took on significant responsibility at a young age and helped raise my younger siblings. Those experiences shaped who I became and taught me perseverance, responsibility, and the importance of putting family first.

I graduated from high school and later earned a Bachelor's Degree in Psychology with a minor in Education from Regis University. Throughout my adult life, I have worked in professions centered on helping others. I spent eleven years as a hairstylist before moving into education, where I taught and operated my own daycare classes. I later worked for the Department of Human Services as a case manager working with juvenile offenders and eventually attended the police academy, becoming a police officer.

My daughter faced significant medical challenges beginning when she was only five months old. For years, we traveled to Denver multiple times each week for testing, appointments, and treatment while I worked weekends to support us. Those years were difficult, but they strengthened my commitment to my children and taught me resilience. When my daughter's health improved, I pursued my goal of becoming a police officer. Around that same time, my mother's condition worsened significantly. As a single mother, a new police officer, and a homeowner, I also became my mother's primary caregiver. I cared for her during the final five years of her life until she passed away.

I share these details not to seek sympathy, but to provide context about who I am. My life experiences have required me to make difficult decisions, carry significant responsibilities, and evaluate people based on their actions rather than appearances. Through my education in psychology, my work with the Department of Human Services, my experience in law enforcement, and my years helping others professionally, I have learned to evaluate character, accountability, and personal growth. Those experiences are part of the reason I feel confident in the statements I make about Michael today.

I met Michael in approximately October 2023 while I was managing a restaurant. He was relatively new to town and became a regular customer. Over time, we got to know one another, and our friendship developed into a committed relationship in December 2023.

Although I have not known Michael for decades, I have had the opportunity to know him during some of the most difficult and uncertain circumstances of his life. In many ways, those experiences reveal more about a person's character than years of casual acquaintance. During the time I have known him, I have observed how he treats his children, my children, family members, friends, and those around him. I have seen him during periods of stress, disappointment, uncertainty, and personal growth. Those experiences form the basis of my opinion of him today.

What I discovered was a man unlike anyone I had met before. Michael can be strong-willed and cautious about placing his trust in others, but beneath that is a man who is incredibly kind, compassionate, protective, and genuinely funny. He has a way of bringing laughter into a room and making people feel cared for and supported. The people closest to him know his generous heart, his loyalty, and his willingness to help those he loves.

Michael served our country in the military for more than a decade and then dedicated many years of his life to federal service. Those careers require sacrifice and often leave people carrying burdens that are difficult for others to understand. They teach discipline, vigilance, and self-reliance. Like many who spend years in those environments, Michael has faced challenges adjusting to difficult personal circumstances and learning to navigate life beyond those professional roles.

When I first met Michael, he was deeply committed to his career goals and took tremendous pride in his public service. His long-term goal was to continue advancing professionally and eventually become a warden. His dedication, discipline, and work ethic were evident from the beginning and remain qualities I admire about him today.

What has impressed me most about Michael is not that he is perfect, but that he continues to grow. Over the past year, I have watched him engage consistently in therapy, deepen his involvement in church, strengthen his relationships with his children and mine, and become more emotionally present with the people who love him. These were not changes required by anyone else. They were choices he made because he wanted to become a better father, partner, and person.

One of the most important things I can tell the Court is the role Michael plays in the lives of my children. While he is not their biological father, to them he is simply Dad. He is their comfort when they are hurting, their laughter when they need joy, their teacher when they need guidance, and the person they turn to when they need someone to listen.

The bond Michael has built with my children goes far beyond that of a supportive adult. He has invested himself completely in them. He has coached my son Colt in football for the past two years, attended school events, celebrated accomplishments, comforted disappointments, and shown up consistently in all the ways that matter most.

My son Colt loves Michael deeply and has openly expressed that one of his greatest wishes is for Michael to adopt him someday. Colt's dream is to become a Popma because that is how strongly he identifies Michael as his father. Our daughter feels that same love and connection. In her own words, she says she does not need to become a Popma because one day she plans to change her name when she gets married, but she still sees Michael as one of the most important people in her life.

One recent example of Michael's role in our daughter's life occurred just two weeks ago when she applied for her first job. Michael drove her to pick up the application, helped her complete it, and returned it with her. When she was later called for an interview, he helped prepare her every step of the way. From helping her choose appropriate interview attire to building her confidence and calming her nerves, he was there encouraging her and reminding her that she could succeed.

Moments like these may seem small, but they are the moments that shape a young person's confidence and future. Michael consistently shows up for those moments.

What stands out most to me is the level of trust our children have in him. When something exciting happens, when they are worried, when they need advice, encouragement, or comfort, they often go to Michael before they come to me. As a mother, that is something I do not take lightly. It speaks volumes about the relationship he has built with them and the safety, guidance, and support they feel when they are with him.

Over the past year, Michael has been the primary day-to-day caregiver for our children. He has been the person ensuring homework is completed, attending school meetings and parent conferences, taking the children to medical appointments, helping with school activities and programs, and being present for the countless responsibilities that come with raising children. He helps with bedtime routines, provides structure and consistency, and is involved in every aspect of their daily lives.

Our daughter attends dance several times each week, and Michael has been the one making sure she gets to and from practices, encouraging her, and supporting her passion. He does not simply participate in our children's lives when it is convenient; he is fully invested in their growth, development, and happiness.

As a family, we spend as much time together as possible. Whether we are hiking, camping, fishing, bowling, exploring new places, or simply spending time together, Michael is always encouraging family connection and creating memories with the children. Our kids are included in everything we do. What matters most to us is not where we go, but that we are together. Michael has helped create that sense of family, belonging, and stability in our home.

Michael is also a devoted father to his own daughter. Being a father is not simply a role to him— it is part of who he is. He genuinely loves being a dad and wants nothing more than to provide stability, guidance, support, and opportunities for the children in his life.

Michael often talks about the future and the life he hopes to continue building with our family. He wants to continue coaching Colt in football for as long as Colt wants him on the sidelines. He wants to teach him the lessons fathers teach their sons through everyday experiences—responsibility, respect, hard work, integrity, and confidence. He looks forward to future hunting trips, camping adventures, overnight hikes, and the countless moments that help shape a young man into a good man.

He also wants to continue being present for our daughter, cheering her on at dance, encouraging her dreams, and helping guide her into adulthood. More than anything, Michael wants to continue building a stable, loving, and secure future for our family. His goal has always been to provide a safe home, strong values, and lasting memories for the children he loves.

If released, Michael would reside with me in Fremont County, Colorado, where he would have a stable home, a strong support system, and a community that cares deeply about him. He has family, friends, a church community, and loved ones who are committed to helping him succeed.

I am fully prepared to provide housing, transportation, emotional support, and assistance in ensuring that Michael complies with every condition imposed by the Court. I will support him in attending all required court appearances, meetings, counseling, treatment, and any other obligations ordered by the Court.

The Michael I know is not a perfect man, because none of us are. He is, however, a man of deep love, commitment, resilience, growth, and service. He is a veteran, a father, a coach, a partner, and someone who has positively impacted the lives of many people, especially the children who proudly call him Dad.

Since Michael's detention, the emotional impact on our family, particularly the children who view him as their father, has been significant. They miss his daily presence, guidance, encouragement, and support.

I respectfully ask the Court to consider the man I know: a veteran, a father, a provider, a coach, and a person deeply connected to his family and community. I believe he can safely and successfully remain in the community while these proceedings continue, and I am committed to supporting him every step of the way.

Thank you for your time, consideration, and service.

Respectfully,

Meg Ellis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

_____

***United States of America***
***v.***
***Michael Popma***

_____

Case No. 26-cr-00130-WJM

_____

**Exhibit B**

Letter of Support - Kayden Gouty

Dear Judge Neureiter,

I am Michael's stepdaughter and Michael is the dad I once dreamed of having and now have. I met Michael when I was about 11 years old and I am now 14. Michael and I are best friends. I tell him everything and he understands me better than anyone else in my life and I am so grateful for him and so lucky he is in my life. He is the funniest, sweetest, most caring person I've ever met. He always finds a way to cheer me up when I'm down and always gives me the best hugs. Michael goes to church with me and was there when I got baptized. He is also always at all of my dance performances and competitions and I know he is always cheering me on in the audience. We go to the gym together and go camping as a family every summer. We enjoy fishing and eating dinner together as a family. He is always there for me no matter what and I know I can always count on him. He stepped up as a dad and is the best person I have ever met and I love him so much.

Kayden Gouty

June 5th, 2026